# Third District Court of Appeal
## State of Florida

Opinion filed May 18, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-1561
Lower Tribunal No. 19-30288
_____

**Miriam Hernandez,**
Appellant,

vs.

**Truist Bank, etc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Alan Fine, Judge.

Miriam Hernandez, in proper person.

Marcadis Singer, P.A., and Robert J. Lindeman (Tampa), for appellee.

Before LOGUE, HENDON and LOBREE, JJ.

PER CURIAM.

Affirmed.  See Tramontana v. Bank of New York Mellon, 230 So. 3d

601, 602 (Fla. 2d DCA 2017) ("Without a transcript, and in the absence of

fundamental error on its face, an appellate court will affirm a trial court's decision." (citing Applegate v. Barnett Bank of Tallahassee, 377 So. 2d 1150 (Fla. 1979))).